UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ANTONIO EVANS, | No. 2:25-cv-3408 AC P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff is a county inmate who filed this civil rights action pursuant to 42 U.S.C. § 1983 without a lawyer. He has requested leave to proceed without paying the full filing fee for this action, under 28 U.S.C. § 1915. Plaintiff has submitted a declaration showing that he cannot afford to pay the entire filing fee. See 28 U.S.C. § 1915(a)(2). Accordingly, plaintiff's motion to proceed in forma pauperis is granted.[1]

Plaintiff has filed a document styled as an amended complaint in which he identifies portions of the complaint he wants to amend but does not re-allege the claim or identify the

---

[1] This means that plaintiff is allowed to pay the $350.00 filing fee in monthly installments that are taken from the inmate's trust account rather than in one lump sum. 28 U.S.C. §§ 1914(a), 1915(b)(1). As part of this order, the prison is required to remove an initial partial filing fee from plaintiff's trust account. See 28 U.S.C. § 1915(b)(1). A separate order directed to the appropriate agency requires monthly payments of twenty percent of the prior month's income to be taken from plaintiff's trust account. These payments will be taken until the $350 filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

1

defendants or the relief he seeks. ECF No. 5. Because the court cannot refer to a prior pleading in order to make his amended complaint complete, plaintiff's filing will be construed as a motion to amend the complaint. Since plaintiff is still within the time for filing an amended complaint as of right, see Fed. R. Civ. P. 15(a)(1), the motion will be denied as unnecessary. Plaintiff is advised that Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. Once plaintiff files an amended complaint, any previous complaint no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. In the event plaintiff does not file an amended complaint, the court will proceed to screen the original complaint.

Plaintiff has also filed a motion for an extension of time to submit a summons. ECF No. 6. The court is required to screen complaints brought by prisoners seeking relief against "a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). Because the complaint has not yet been screened and plaintiff has indicated that he would like to amend the complaint, service of the complaint is not appropriate at this time and the motion will be denied. In the event that the court screens the complaint and finds that it states viable claims for relief, plaintiff will be directed to complete and return service paperwork at that time.

Accordingly, IT IS HEREBY ORDRED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is GRANTED.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the appropriate agency filed concurrently herewith.

3. The amended complaint (ECF No. 5) is CONSTRUED as a motion to amend the complaint and is DENIED as unnecessary.

4. If plaintiff does not file an amended complaint within thirty days of the service of this order, the court will assume that he is choosing to proceed on the original complaint which will then be screened in due course.

    5.  Plaintiff's motion for an extension of time (ECF No. 6) is DENIED as moot.

    6.  The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: December 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3